DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 2:13-cv-01754-GMN-VCF |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Nakkisa Akhavan to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Nakkisa Akhavan is an attorney with the United States Equal Employment Opportunity Commission, an agency of the federal government.  Ms. Akhavan is an active member in good standing of the state bar of California (No. 286260).

The following information is provided to the Court:

Nakkisa Akhavan
Trial Attorney
U.S. Equal Employment Opportunity Commission
255 E. Temple Street, 4th Floor
Los Angeles, California 90012
Phone: 213-894-1032
Fax: 213-894-1301
Email: akhavan.nakkisa@eeoc.gov

Accordingly, the United States respectfully requests that the Court admit Nakkisa Akhavan to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 15th day of July 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney


**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  07/16/2014**