# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA CORPORATION; and Does 1 – 10 Inclusive,<br><br>  Defendants. | Case No. : 2:13-cv-01754-GMN-VCF<br><br>**ORDER GRANTING THE EEOC LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT**<br><br>The Honorable Gloria M. Navarro<br>U.S. District Judge |

Having considered Plaintiff U.S. Employment Opportunity Commission's Unopposed Motion for Leave of Court to File a First Amended Complaint (ECF No. 34), the Court finds it has merit. The EEOC is granted leave of court to file its First Amended Complaint.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 10/08/2014**

Case No. : 2:13-cv-01754-GMN-VCF