Anna Y. Park, CA SBN 164242
Connie K. Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1080
Facsimile:  (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Shauna Johnson Clark, (*Pro Hac Vice*)
Heather Sherrod, (*Pro Hac Vice*)
Norton Rose Fulbright US L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Fax No.:      (713) 651-5246

Attorneys for Defendant
Mattress Firm, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTRESS FIRM, INC., and Does 1-10 inclusive;<br><br>  Defendant. | Case No.: 2:13-CV- 01754-GMN-VCF<br><br>**JOINT STIPULATION AND ORDER REGARDING DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br>**Motion Cut-Off: Nov. 30, 2015**<br><br>**Expedited Ruling Requested** |

1  TO THE HONORABLE GLORIA M. NAVARRO:

2

3       Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and
4  Defendant Mattress Firm, Inc. (collectively, "the Parties") hereby jointly stipulate
5  and respectfully request the Court to enter the following briefing schedule
6  regarding dispositive motions. The current scheduling order dated June 15, 2015
7  (ECF No. 74) contains a Dispositive Motion Deadline of November 30, 2015.
8  Both Parties intend to file respective dispositive motions in this class action case
9  under the Age Discrimination in Employment Act (the "ADEA").

10      In light of both Parties' intent to file dispositive motions, the fact-intensive
11 nature of this case, and the upcoming holidays, the Parties have agreed to the
12 following dispositive motion briefing schedule. The Parties shall file their
13 respective dispositive motions no earlier than November 30, 2015.   Opposition
14 papers to the dispositive motions shall be due on January 15, 2016.  Replies shall
15 be due on February 5, 2016.

16      Good cause exists to grant this stipulated joint request.  First, this is a class
17 action brought by the EEOC under the Age Discrimination in Employment Act
18 ("ADEA") and involves at least nine Claimants (EEOC Charging Parties John
19 Gillespie, Robert Schnair, Jackie Donahue, Willie James, Hooshang Seisan, Frank
20 MacLean, and Class Members Kathy Thanos, Stuart Katz, and Faron Hansen).
21 Due to the fact intensive nature of this class case, this Court granted Mattress
22 Firm's request to extend the page limits for its dispositive motion to forty-five (45)
23 pages (ECF No. 57).  Consequently, the Court also granted the EEOC's request to
24 extend the page limits for its opposition brief to forty-five (45) pages. (ECF No.
25 77).

26      Second, additional time may be necessary because certain documents will be
27 required to be filed under court seal due to a protective order that was issued on
28 December 22, 2014. (ECF No. 50).  Third, the Parties have been diligent in

1  conducting written discovery by exchanging thousands of documents and
2  electronically stored information, and taking numerous oral depositions.  The
3  Parties recently exchanged Rule 26 expert disclosures and took the deposition of
4  each party's testifying expert during the last week of October 2015. Fourth, this
5  stipulated briefing schedule will not affect any other court deadlines.  Because
6  dispositive motions will be filed, the joint pre-trial order will be due 30 days from
7  the entry of the court's ruling on the dispositive motions. (ECF No. 74).  For the
8  foregoing reasons, good cause exists for the Court to grant the Parties' joint
9  stipulation for the briefing schedule above.

11 **IT IS SO STIPULATED**:

13 Dated:  November 5, 2015         S/Shauna Johnson Clark
                                    Shauna Johnson Clark
14                                  Norton Rose Fulbright US, L.L.P.
15                                  Attorney for Defendant Mattress Firm, Inc.

17 Dated:  November 5, 2015         S/Connie K. Liem
                                    Connie K. Liem
18                                  Senior Trial Attorney
19                                  Attorney for Plaintiff EEOC

20 All other dates set in this court's June 15, 2015 Order (#74) have expired.  Not further discovery is permitted in this case without leave of court.

22                                  **IT IS SO ORDERED:**

23                                  _____
                                    Cam Ferenbach
24                                  United States Magistrate Judge

26                                  DATED: November 9, 2015

Anna Y. Park, CA SBN 164242
Nakkisa Akhavan, CA SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1080
Facsimile:  (213) 894-1301
Email: nakkisa.akhavan@eeoc.gov

Connie Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
555 West Beech St., Suite 504
San Diego, CA. 92101
Telephone (619) 557-7282
Facsimile: (619) 557-7274
E-Mail: connie.liem@eeoc.gov.

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTRESS FIRM, Inc.; and Does 1 – 10 Inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01745-GMN-VCF<br><br>**CERTIFICATE OF ECF SERVICE** |

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission. My business address is Equal Employment Opportunity Commission, San Diego Local Office, 555 W. Beech St., Suite 504, San Diego, CA 92101. On the date that this declaration was executed, as shown below, I served the foregoing **JOINT STIPULATION AND ORDER REGARDING DISPOSITIVE MOTION BRIEFING SCHEDULE** via the Case Management/Electronic Case Filing (CM/ECF) system to:

Shauna Johnson Clark
Heather Sherrod
Fulbright & Jaworski L.L.P.
shauna.clark@nortonrosefulbright.com
heather.sherrod@nortonrose.fulbright.com


Paul Swen Prior
Karl O. Riley
Snell & Wilmer L.L.P.
sprior@swlaw.com
kriley@swlaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 5, 2015 at San Diego, CA.

_S/ Connie K. Liem_____
Connie K. Liem

2

Case No.: 2:13-cv-01745-GMN-VCF