Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Connie K. Liem, TX SBN 791113
Nakkisa Akhavan, CA SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 8941068
Facsimile:  (213) 894-1301
Email: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

(additional counsel listed on next page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; and Does 1-10 inclusive;<br><br>    Defendants | Case No.: 2:13-CV- 01754-GMN-VCF<br><br>**JOINT STATUS REPORT**<br><br><br><br><br>**Hon. Gloria M. Navarro**<br>**Chief U.S. District Judge** |

- 1-

**MCGUIREWOODS LLP**
Michael D. Mandel (admitted *pro hac vice*)
    California Bar No. 216934
Bethany A. Pelliconi (admitted *pro hac vice*)
    California Bar No.182920
Lindsay L. Ryan (admitted *pro hac vice*)
    California Bar No. 258130
Sean M. Sullivan (admitted *pro hac vice*)
    California Bar No. 286368
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
mmandel@mcguirewoods.com
bpelliconi@mcguirewoods.com
lryan@mcguirewoods.com
ssullivan@mcguirewoods.com

Attorneys for Defendants Bank of America Corporation
and Bank of America, N.A.


Sheri M. Thome, Esq.
    Nevada Bar No. 008657
Chad C. Butterfield, Esq.
    Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com

Attorneys for Defendants Bank of America Corporation
and Bank of America, N.A.

Pursuant to the parties' Joint Status Report dated January 27, 2016 (ECF No. 81), Plaintiff, the United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff"), and Defendants, Bank of America Corporation and Bank of America, N.A. (collectively, "Defendants"), by and through their respective counsel of record, hereby submit a Joint Status Report to the Court.

The parties have reached an agreement as to the terms of the proposed Consent Decree to be submitted to the Court for approval and intend to file settlement documents with the court shortly. The parties have been working diligently to file the proposed Consent Decree but require a brief extension of the stay to allow the parties time to gather signatures from all the necessary parties.

Accordingly, the parties respectfully request that this Court grant a brief extension of approximately two weeks until Tuesday, March 9, 2016 to allow the parties to obtain the necessary signatures and file the proposed Consent Decree. If the parties are unable to file the proposed Consent Decree by March 9, 2016, the parties agree to file a joint status report on Monday, March 8, 2016.

| | |
|---|---|
| DATED: February 24, 2016 | DATED: February 24, 2016 |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | MCGUIREWOODS LLP |
| /s/ Nakkisa Akhavan | /s/ Bethany A. Pelliconi |
| Anna Y. Park | Michael D. Mandel |
| Sue J. Noh | Bethany A. Pelliconi |
| Connie K. Liem | Lindsay L. Ryan |
| Nakkisa Akhavan | Sean M. Sullivan |
| *Attorneys for Plaintiff EEOC* | *Attorneys for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  2-25-2016

Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Nakkisa Akhavan, CA SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1068
Facsimile:  (213) 894-1301
Email: lado.legal@eeoc.gov

Connie Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
555 West Beech St., Suite 504
San Diego, CA. 92101
Telephone (619) 557-7282
Facsimile: (619) 557-7274
E-Mail: connie.liem@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. : 2:13-cv-01754-GMN-VCF |
| Plaintiff, | **CERTIFICATE OF SERVICE RE:  JOINT STATUS REPORT** |
| vs. | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.;  and Does 1 – 10 Inclusive, | |
| Defendants. | |

Case No. : 2:13-cv-01754-GMN-VCF

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed by the Los Angeles District Office of the United States Equal Employment Opportunity Commission.  My business address is Equal Employment Opportunity Commission, 255 E. Temple Street, 4th Floor, Los Angeles, CA 90012. On the date that this declaration was executed, as shown below, I served the foregoing: **JOINT STATUS REPORT**, *via* the Court's ECF System to counsel for Defendant(s):

Michael D. Mandel
Bethany A. Pelliconi
Lindsay L. Ryan
Sean M. Sullivan
McGuire Woods LLP
MMandel@mcguirewoods.com
BPelliconi@mcguirewoods.com
LRyan@mcguirewoods.com
SSullivan@mcguirewoods.com

Sheri M. Thome
Chad Butterfield
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2016, at Los Angeles, CA.

   /s/   Nakkisa Akhavan
Nakkisa Akhavan

Case No. : 2:13-cv-01754-GMN-VCF